■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR HERRERA, Appellant. [715 NYS2d 889] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered September 23, 1997.

Ordered that the judgment is affirmed (*see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Santucci, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN JOHNSON, Appellant. [716 NYS2d 601] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 1991 (*People v Johnson,* 176 AD2d 756), modifying two judgments of the Supreme Court, Queens County, both rendered May 4, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN JOHNSON, Appellant. [716 NYS2d 602] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated July 30, 1990 (*People v Johnson,* 163 AD2d 613), affirming a judgment of the Supreme Court, Queens County, rendered August 15, 1988, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Thompson, JJ., concur.